UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JAMES CALVIN MARYLAND, SR.

VERSUS

SEC. CINDY HOOGE, MR. CLYDE WILLIAMS,
NURSE PARTICIA ELKINS, JIM SCOTT AND
JACKSON TRUCK AND TRAILER REPAIR
OF BATON ROUGE, INC.

CIVIL ACTION

NO. 15-465-JWD-EWD

### NOTICE AND ORDER REGARDING SUBPOENA TO PRODUCE DOCUMENTS ISSUED TO ELAYN HUNT CORRECTIONAL CENTER REGARDING JAMES CALVIN MARYLAND, SR.

On October 14, 2016, a Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (the "Subpoena") was issued at the request of counsel for defendants, Cindy Hooge, Clyde Williams, and Patricia Elkins. The Subpoena was issued to Elayn Hunt Correctional Center ("Elayn Hunt") and requests the following documents:

> Any and all criminal records in your possession, information regarding any claim for or payment of compensation and/or disability benefits, any and all medical records, reports, notes, etc. on:

JAMES CALVIN MARYLAND, SR.

On November 3, 2016, this court received copies of: (1) the institutional record; and (2) the medical record maintained on James Maryland, DOC # 184094, by Elayn Hunt (collectively, the "Records"). By cover letter dated October 28, 2016, Elayn Hunt asserts that "[u]nder LSA-R.S. 15:574.12, the Department is unable to release the enclosed requested information until it has been reviewed in camera to determine its relevancy." *See also*, La. R.S. § 15:574.12(F); *The Advocacy Center v. Stalder*, 128 F.Supp.2d 358, 366 (M.D. La. 1999) (La. R.S. § 15:574.12 "is concerned only with the confidentiality of inmate records and the dissemination of such records to

1

the public.  It does not require that a court inspect inmate records prior to release when the inmates consent.").

**IT IS HEREBY ORDERED** that Plaintiff, James Calvin Maryland, Sr. ("Plaintiff") file a notice into the record within fourteen (14) days of this Order stating whether Plaintiff consents to the release of the Records to defendants, Cindy Hooge, Clyde Williams, and Patricia Elkins.

Signed in Baton Rouge, Louisiana, on November 4, 2016.

**ERIN WILDER-DOOMES**
**UNITED STATES MAGISTRATE JUDGE**